# UNITED STATES DISTRICT COURT
for the
District of Delaware

_____ Division

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2022 MAR 21  PM 4:

| | |
|---|---|
| NAKISHA JACKSON <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -v- <br><br> META PLATFORMS, INC <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. **22 - 364** <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | NAKISHA JACKSON |
| Street Address | PO BOX 202967 |
| City and County | ARLINGTON (TARRANT COUNTY) |
| State and Zip Code | TEXAS 76006 |
| Telephone Number | 817-240-1571 |
| E-mail Address | NROBERTSON66@YAHOO.COM |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

Name: META PLATFORMS, INC
Job or Title (if known):
Street Address: 1601 WILLOW ROAD
City and County: MENLO PARK
State and Zip Code: CALIFORNIA 94025
Telephone Number: 605-543-4800
E-mail Address (if known):

**Defendant No. 2**

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Defendant No. 3**

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Defendant No. 4**

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question   ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
N/A

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* NAKISHA JACKSON, is a citizen of the State of *(name)* TEXAS.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* n/a, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Case 1:22-cv-00364-UNA   Document 1   Filed 03/21/22   Page 4 of 7 PageID #: 4

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* META PLATFORMS, INC , is incorporated under the laws of the State of *(name)* DELAWARE , and has its principal place of business in the State of *(name)* CALIFORNIA .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
10,000,000.00 (10 MILLION)

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
SEE ATTACHED PAGE LABELED SECTION III STATEMENT OF CLAIM (1 PAGE)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

10 MILLION IN MONETARY DAMAGES FOR EMOTIONAL DISTRESS, ENDANGERMENT, NEGLIGENCE, AND BREACH OF CONTRACT

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/17/2022

Signature of Plaintiff
Printed Name of Plaintiff  NAKISHA JACKSON

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

SECTION III: STATEMENT OF FACTS

From June 2020 to the present, META PLATFORMS, INC., has shared my personal information with third parties who were not legally able to receive information about me. I contacted Meta Legal via email to notify them of the ONLY authorized personnel that could receive information about me from the Meta Database, and they continued to share information with unauthorized personnel. Meta legal was also notified that I was being stalked by several people using their platforms. I notified the authorities, and when I notified Meta of who they could be legally contacted by about me, they removed some of the information from my private messaging without my permission. I requested it be placed back on to the server, since I did not authorize the removal of the information, and that is when I no longer heard back from Meta Legal. The messages never reappeared. They are in breach of contract with their user agreement with me as an account holder and as a Pro Se litigant in a different civil case, unrelated to META. The stalkers used the following platforms to contact me: Facebook, Instagram, Messenger, and WhatsApp.

*NaKisha Jackson 03/17/2022*

1 of 1



.00
505E126242-20

76018 0007
Date of sale
03/18/22
06   2SS
11415515

03/19/2022
06:00PM

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

---

**UNITED STATES POSTAL SERVICE® / PRIORITY MAIL EXPRESS®**

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( )

N JACKSON
PO BOX 202967
ARLINGTON TX 76006

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)

TO: (PLEASE PRINT)   PHONE ( )

OFFICE OF THE CLERK
US DISTRICT COURT
844 NORTH KING ST UNIT 18
WILMINGTON, DE

ZIP + 4® (U.S. ADDRESSES ONLY)
19801-3570

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

◄ PEEL FROM THIS CORNER

---

EI 281 288 157 US

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code: 76018
Scheduled Delivery Date: 3/19/22
Postage: $26.95

Date Accepted: 3/18/22
Scheduled Delivery Time: ☐ 6:00 PM

Time Accepted: 12:03 ☐ AM ☐ PM

Total Postage & Fees: $26.95

Weight   ☐ Flat Rate   Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996



2022 MAR 21 PM 4:2





